agreement within the Fifth Circuit over this point. See *Barrett, supra,* at 1076 (Gee, J., specially concurring).

Because of the direct split among the Courts of Appeals, I would grant the petition.

No. 86–814. WHITE MOUNTAIN APACHE TRIBE ET AL. *v.* ARIZONA STATE TRANSPORTATION BOARD ET AL. C. A. 9th Cir. Motion of Ak-Chin Indian Community et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 86–818. FALCON INSURANCE CO. ET AL. *v.* ELI LILLY & Co. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition. 

No. 86–822. HOME INSURANCE CO. ET AL. *v.* ELI LILLY & CO. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition. 

No. 86–855. JACOBSEN ET AL. *v.* ANHEUSER-BUSCH, INC. Sup. Ct. Minn. Certiorari denied. JUSTICE O'CONNOR would grant certiorari. 

No. 86–5620. MCLEAN-DAVIS *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied. 

No. 86–517. BOLES *v.* ELLIS ET AL., *ante,* p. 962;

No. 86–5431. MARTIN *v.* SEARS, ROEBUCK & CO., *ante,* p. 990;

No. 86–5453. TICHNELL *v.* MARYLAND, *ante,* p. 995;

No. 86–5589. TAYLOR *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante,* p. 990;

No. 86–5597. BECKER *v.* SUFFOLK COUNTY LEGAL AID DIVISION, *ante,* p. 991;

No. 86–5605. BECKER *v.* ARCADIAN GARDENS, *ante,* p. 991;

No. 86–5606. BECKER *v.* HENRY MODELLS & CO., INC., *ante,* p. 991; and

No. 86–5838. IN RE CLOUGH, *ante,* p. 1004. Petitions for rehearing denied.